## EMERSON *versus* COLLAMORE & ux.

ON FACTS AGREED.

WRIT OF ENTRY. — William Hooper was once the proprietor of the land. While he was the owner, it was attached in a suit in the name of *Hollis* Parlin against him. After the attachment, he conveyed the land by a title which has been regularly deduced to the demandant.

In Parlin's suite, a judgment was recovered against Hooper, and the land was duly levied under it.

The defendants deduced title to themselves, under *Horace* Parlin, by his deed dated subsequent to the levy.

It is admitted, (if the evidence of it could be received, when objected to,) that, by mistake, the action was brought in the name of *Hollis*, instead of *Horace* Parlin, and that *Horace* was the real creditor.

SHEPLEY, C. J., orally. — Whether the evidence to show the mistake was or was not admissible, it is not now necessary to decide. If inadmissible, the title is proved to be, not in the demandant, but in *Hollis* Parlin, and there is nothing to show that there is not such a person in full life. If the evidence be admissible, the title was in *Horace* Parlin, under whom the tenants have obtained it. In neither contingency, can the demandants recover.